**Order entered December 20, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00530-CR
No. 05-19-00531-CR
No. 05-19-00532-CR

**DAVID EARL SPILLMAN, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 31765, 31766 & 31767**

## ORDER

Before the Court is the State's December 19, 2019 second motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief filed on or before January 17, 2020.

/s/     CORY L. CARLYLE
        JUSTICE